James A. Irby, Jr
#38025037
Butner Medium II FCI
PO Box 1500
Butner, NC 27509

Case 8:03-cr-00490-DKC   Document 246-2   Filed 12/10/20   Page 1 of 1

CAPITAL DISTRICT 208
7 DEC 2020 PM 4 L



To: Honorable Judge Roger W. Titus
Clerk of the Court
US District Court of Maryland
6500 Cherrywood Lane
Greenbelt, MD 20770

Inspected By Court Security Office
DEC 10 2020
Baltimore, MD

FILED ___ ENTERED
LODGED ___ RECEIVED

DEC 10 2020

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

20770-124999